UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>STATE OF OKLAHOMA )<br>)<br>*Defendant*. )<br>)<br>) | Case No. 25-CV-265-RAW-DES |

## NOTIICE OF CONSENT TO MOTION FOR LEAVE TO FILE AMICUS BRIEF

Public Justice files this notice to report that the United States consents to Public Justice's Motion for Leave to File an Amicus Brief in this matter (ECF No. 12). Counsel for the United States gave its consent by telephone. Counsel for Public Justice reached out to counsel for Oklahoma by email and phone and will report the State's response upon receipt.

> */s/ Nathan D. Richter*
> Nathan D. Richter, OBA No. 22003
> BISON LAW FIRM
> 1609 Professional Circle
> Yukon, Oklahoma 73099
> Telephone: 405-407-0111
> Facsimile: 405-407-0211
> nathan@bisonlawfirm.com
>
> *Local Counsel for Amicus Curiae*
>
> Sean Ouellette*
> PUBLIC JUSTICE
> 1620 L Street NW, Suite 630
> Washington, DC 20036
> Phone: (202) 797-8600
> souellette@publicjustice.net
>
> *Counsel for Amicus Curiae*
>
> *Motion for admission pro hac vice forthcoming

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing.

                                         */s/ Nathan D. Richter*
                                         Nathan D. Richter