UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 25-CV-265-RAW-DES |
| STATE OF OKLAHOMA | ) |
| *Defendant.* | ) |

**NOTICE REGARDING CONSENT TO
MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Public Justice files this second notice to report that the United States has withdrawn its previous consent to Public Justice's Motion for Leave to File an Amicus Brief in this matter (ECF No. 12). Counsel for the United States gave its consent by telephone this morning.

This afternoon, counsel for the United States advised that the United States withdraws its previous consent because it believes the proposed amicus brief is untimely. Public Justice disagrees. The rules do not set a deadline for amicus briefs. Public Justice moved to file its amicus brief only seven days after the United States filed this case and well within the deadline for responses to the joint motion for a consent decree. *See* ECF No. 9 ("Responses due by 8/19/2025."); E.D. Okla. Civ. R. 7.1(d) (fourteen-day deadline). Although the magistrate judge set a shortened three-day deadline for objections to the Report and Recommendation, he did not shorten the deadline for responses to the parties' joint motion. *See* Report and Recommendation 3-4, ECF No. 11. And the Court's docket entry indicates that objections the Report and Recommendation were due on August 12, the day Public Justice filed its motion. *See* ECF No. 11 ("Objections to R&R due by 8/12/2025."). Even if the amicus brief were untimely, however, the

Court should consider the brief because it addresses the Court's subject matter jurisdiction and the Court's independent obligation to ensure the consent decree is fair, reasonable, and tailored to cure a violation of federal law. *See* Mot. for Leave to File Amicus Br. 1-3, ECF No. 12.

The State of Oklahoma also opposes the motion for leave to file an amicus brief.

/s/ Nathan D. Richter
Nathan D. Richter, OBA No. 22003
BISON LAW FIRM
1609 Professional Circle
Yukon, Oklahoma 73099
Telephone: 405-407-0111
Facsimile: 405-407-0211
nathan@bisonlawfirm.com

*Local Counsel for Amicus Curiae*

Sean Ouellette*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
souellette@publicjustice.net

*Counsel for Amicus Curiae*

**Motion for admission pro hac vice forthcoming*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing.

*/s/ Nathan D. Richter*
Nathan D. Richter
