# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-265-RAW-DES |
| | ) |
| **STATE OF OKLAHOMA,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, in which he recommended that the parties' joint motion for entry of consent judgment be granted.

No objection has been filed and the time allotted for doing so has expired. "In the absence of a timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir.1991). The court agrees with the reasoning of the Magistrate Judge's analysis and recommendation and finds that "there is no clear error on the face of the record." *See* Rule 72(b) F.R.Cv.P., advisory committee note.

It is the order of the court that the Report and Recommendation (#11) is affirmed and adopted as the order of the court. The joint motion for entry of consent judgment (#9) is granted.

**IT IS SO ORDERED** this 29th day of AUGUST, 2025.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**