**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>1. STATE OF OKLAHOMA,<br><br>  Defendant. | CIVIL No. 6:25-cv-00265-RAW<br><br><br><br>**ORDER AND FINAL CONSENT JUDGMENT** |

Before the Court is the Parties' **Joint Motion for Entry of a Consent Judgment**. ECF No. 9. Having considered the Motion, the Complaint, and applicable law, the Court **GRANTS** the Motion. Accordingly, the Court hereby **DECLARES** that the challenged provisions, Oklahoma Statutes, Title 70, §3242, and Oklahoma State Regents for Higher Education Policy ("OSRHE") § 3.18.6, as applied to aliens who are not lawfully present in the United States, violates the Supremacy Clause and are unconstitutional and invalid.

The Court also hereby **PERMANENTLY ENJOINS** Defendant as well as its successors, agents, and employees, from enforcing Oklahoma Statutes, Title 70, §3242, and OSRHE § 3.18.6, as applied to aliens who are not lawfully present in the United States.

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). The Clerk of the Court shall transmit a true copy of this judgment to the Parties.

SO ORDERED on this 29th day of August, 2025.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE