UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>STATE OF OKLAHOMA,<br><br>        Defendant,<br><br>and<br><br>OKLAHOMA STUDENTS FOR AFFORDABLE TUITION,<br><br>        Defendant-Intervenor. | Case No.: 6:25-cv-00265-RAW-DES |

**OKLAHOMA STUDENTS FOR AFFORDABLE
TUITION'S PROTECTIVE NOTICE OF APPEAL**

Oklahoma Students for Affordable Tuition ("OSAT") seeks to protect its right to appeal in the event that its Opposed Motion to Intervene is granted after the time to appeal the August 29, 2025, Order has run. Accordingly, OSAT gives notice that it appeals to the United States Court of Appeals for the Tenth Circuit from the Order and Final Consent Judgment entered into this action on August 29, 2025. Dkt. 23.

Dated: October 28, 2025                                    Respectfully submitted,

                                                                          */s/ Marvin Lizama*
                                                                          Marvin Lizama (Oklahoma Bar No. 21266)
                                                                          **Lizama Law, PLLC**
                                                                          907 S. Detroit Avenue, Suite 1330
                                                                          Tulsa, OK 74120
                                                                          918-850-2048
                                                                          marvin@lizamalaw.com

                                                                          and,

2

   /s/ Fernando Nunez
Thomas A. Saenz (California Bar No. 159430)+
Fernando Nuñez (California Bar No. 327390)*
Luis L. Lozada (California Bar No. 344357)*
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
       fnunez@maldef.org
       llozada@maldef.org

*Attorneys for Oklahoma Students for Affordable Tuition*

+ *Admission pending*
\* *Pro Hac Vice pending*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

*/s/ Marvin Lizama*
Marvin Lizama