UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF OKLAHOMA,<br><br>　　　　Defendant,<br><br>and<br><br>OKLAHOMA STUDENTS FOR AFFORDABLE TUITION,<br><br>　　　　Defendant-Intervenor. | Case No.: 6:25-cv-00265-RAW-DES |

**OKLAHOMA STUDENTS FOR AFFORDABLE TUITION'S
OPPOSED MOTION FOR INDICATIVE RULING**

Oklahoma Students for Affordable Tuition ("OSAT") believes that this Court retains jurisdiction to decide its motion to intervene. The Tenth Circuit's order of February 11, 2026 suggests the use of the indicative-ruling procedure [dkt. 48], so OSAT respectfully requests an indicative ruling under Federal Rule of Civil Procedure 62.1(a) that this Court would be inclined to grant OSAT's motion to intervene or that it raises a substantial issue. OSAT would then move for limited remand by the Tenth Circuit, removing any doubt of this Court's full jurisdiction over the motion to intervene.

OSAT will promptly notify the circuit clerk under Federal Rule of Appellate Procedure 12.1(a) if this Court states it would grant the motion to intervene or that the motion raises a substantial issue.

///

///

1

Dated: February 23, 2026                    Respectfully submitted,


    /s/ Fernando Nuñez
Thomas A. Saenz (California Bar No. 159430)*
Fernando Nuñez (California Bar No. 327390)+
Luis L. Lozada (California Bar No. 344357)+
**MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND**
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
       fnunez@maldef.org
       llozada@maldef.org


Marvin Lizama (Oklahoma Bar. No. 21266)
**Lizama Law, PLLC**
907 S. Detroit Avenue, Suite 1330
Tulsa, OK 74120

*Attorneys for Oklahoma Students for Affordable Tuition*

**Admission granted*
+*Pro hac vice granted*

## CERTIFICATE OF CONFERENCE

On February 23, 2026, Oklahoma Students for Affordable Tuition's counsel met and conferred with counsel for Defendant State of Oklahoma and Plaintiff United States of America. Specifically, Oklahoma Students for Affordable Tuition counsel conferred with the following counsel: Garry Gaskins, Counsel for Defendant, and Andrew Bernie, Counsel for Plaintiff. Defendant opposes the motion and, after a telephonic meet and confer, an accord could not be reached. Plaintiff represented the following: "The United States does not object to a request for an indicative ruling in that the United States does not oppose this Court providing an indicative ruling on how it would resolve the motion to intervene. On the merits of that request, the United States believes this Court should issue an indicative ruling that it would deny intervention for the reasons set forth in the United States' filings in this case."

Dated: February 23, 2026                    Respectfully submitted,

                                                  */s/ Fernando Nuñez*
Thomas A. Saenz (California Bar No. 159430)\*
Fernando Nuñez (California Bar No. 327390)+
Luis L. Lozada (California Bar No. 344357)+
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
        fnunez@maldef.org
        llozada@maldef.org

Marvin Lizama (Oklahoma Bar. No. 21266)
**Lizama Law, PLLC**
907 S. Detroit Avenue, Suite 1330
Tulsa, OK 74120

3

*Attorneys for Oklahoma Students for Affordable Tuition*

*\*Admission granted*
*+Pro hac vice granted*

4

6:25-cv-00265-RAW-DES     Document 49     Filed in ED/OK on 02/23/26     Page 4 of 4